**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**ALEXANDRIA DIVISION**

| | |
|---|---|
| **MAJID HOSSENI** | * **CASE NO. 1:26-cv-00184** |
| | * |
| **VERSUS** | * **JUDGE JOSEPH** |
| | * |
| **WARDEN, RIVER CORRECTIONAL** | * **MAGISTRATE JUDGE LEBLANC** |
| **CENTER, ET AL.** | * |

## ORDER

UPON CONSIDERATION of the MOTION FOR RELIEF OF PROVISIONAL APPOINTMENT [Doc. 13];

IT IS HEREBY ORDERED that the motion is GRANTED, and, accordingly, the Office of the Federal Public Defender for the Western and Middle Districts of Louisiana is relieved from any further obligations in this matter.

SO ORDERED at Lake Charles, Louisiana, this 3rd day of June, 2026.

_____

THOMAS P. LEBLANC
UNITED STATES MAGISTRATE JUDGE