**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **MAJID HOSSEINI** | **CIVIL DOCKET NO. 1:26-CV-00184**<br>**SECTION P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **WARDEN RIVER CORRECTIONAL CENTER** | **MAGISTRATE JUDGE THOMAS P. LEBLANC** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 17], determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS HEREBY ORDERED that the instant PETITION FOR WRIT OF HABEAS CORPUS [Doc. 1] is GRANTED. Petitioner Majid Hosseini ("Petitioner") shall be RELEASED from detention as soon as practicable, not to exceed five (5) business days from today. The Government shall take all necessary measures to stay apprised of Petitioner's location after his release.

IT IS FURTHER ORDERED that the parties file a Notice of Compliance with this Court within 24 hours of Petitioner's release.

IT IS FURTHER ORDERED that the Government is not prohibited by this Order from taking Petitioner into custody again to effectuate his removal once a third country has been identified that will accept him.

IT IS FURTHER ORDERED that the Clerk of Court is instructed to mail a copy of this Judgment to Petitioner at River Correctional Center, where Petitioner is detained.

THUS, DONE AND SIGNED in chambers on this 22nd day of July 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE